UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| FRANCISCO CASTRO,<br><br>Plaintiff,<br><br>vs.<br><br>ALPINE ITW BCG INC., ITW BUILDING COMPONENTS GROUP INC., ILLINOIS TOOL WORKS INC., ENERGY PANEL STRUCTURES, INC., UNITED DEVELOPMENT, LLC, JOSHUA TEVELDE, UNITED DEVELOPMENT BUILDERS, LLC, BLOOMING VALLEY DAIRY, LLC,<br><br>Defendants. | 4:24-CV-04028-RAL<br><br>ORDER DISMISSING DEFENDANT ITW BUILDING COMPONENTS GROUP INC. |

On October 14, 2025, the parties filed a Stipulated Motion to Dismiss ITW Building Components Group Inc., Doc. 94. The Court enters this Order noting that the settling parties have represented that the settlement agreement and release between Plaintiff and ITW Building Components Group Inc. specifically contemplates that it is given pursuant to and consistent with the South Dakota Uniform Contribution Among Tortfeasors Law, SDCL §§ 15-8-1 to -22, which provides that any amount recovered shall be reduced in the amount of the settlement funds, or alternatively, in such sum as shall be to the extent of the pro rata share of any fault of liability on part of ITW Building Components Group Inc. for damages to Plaintiff, whichever sum is larger. See SDCL § 15-8-18. Therefore, it is

ORDERED that the Stipulated Motion to Dismiss ITW Building Components Group Inc., Doc. 94, is granted. It is further

ORDERED that the dismissal of ITW Building Components Group Inc. is with prejudice and each party bear its own costs and fees.

DATED this 15th day of October, 2025.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE